# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CORY JAY GARRISON                                                      PLAINTIFF

v.                           4:18CV00743-SWW-JTK

BO JAY LEWIS, et al.                                             DEFENDANTS

## ORDER

Pursuant to the order entered January 29, 2019, Plaintiff had fourteen days in which to withdraw his motion for voluntary dismissal or accept the terms of dismissal set forth in the order. The fourteen-day period has expired, and Plaintiff has not withdrawn his motion.

IT IS THEREFORE ORDERED that Plaintiff's motion for voluntary dismissal [ECF No. 16] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 13th DAY OF FEBRUARY, 2019.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE